## UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

United States of America

vs.

Amador Mercado-Aguilar

CRIMINAL COMPLAINT
CASE: 17-10812M
Citizenship: Mexico

   I state that I am a Border Patrol Agent and that this complaint is based on the following facts:
On or about September 10, 2017 at or near Douglas, Arizona, in the District of Arizona, Amador Mercado-Aguilar, an alien, entered, and was found in the United States of America after having been denied admission, excluded, deported, and removed from the United States through Laredo, Texas on April 10, 2017 and not having obtained the express consent of the Attorney General or Secretary of the Department of Homeland Security to reapply for admission thereto; in violation of Title 8, United States Code 1326(b)(1).

   Amador Mercado-Aguilar is a citizen of Mexico. On April 10, 2017, Amador Mercado-Aguilar was lawfully denied admission, excluded, deported and removed from the United States through Laredo, Texas. On September 10, 2017, agents found Amador Mercado-Aguilar in the United States at or near Douglas, Arizona without the proper immigration documents. Amador Mercado-Aguilar did not obtain the express consent of the Attorney General or the Secretary of the Department of Homeland Security to re-apply for admission to the United States. Amador Mercado-Aguilar, an alien, was found by agents in the United States of America without proper immigration documents. Furthermore, Amador Mercado-Aguilar admitted to entering the United States of America from the United States of Mexico illegally, without then being inspected by immigration officers, on September 10, 2017, at or near Douglas, Arizona.

File Date: 09/12/2017

at Tucson, Arizona

Aaron Kiracofe, Border Patrol Agent

Sworn to before me and subscribed in my presence,

Date Signed: 09/12/2017

Bernardo P. Velasco
United States Magistrate Judge

Alien Number: 039 318 476